**Gary Eugene GRAHAM, Appellant,**

v.

**FALLS CITY PROSECUTOR; Maria Moran, Prosecutor; Falls City Sheriff's Department, Appellees.**

**No. 04–1043.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 19, 2004.

Decided Oct. 26, 2004.

Gary Eugene Graham, Petersburg, VA, pro se.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District

of Missouri.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

## PER CURIAM.

Gary Graham appeals the district court's[1] order dismissing two defendants in this 42 U.S.C. § 1983 action. Because the order allowed process to be served upon the third defendant, the order is not final under 28 U.S.C. § 1291, and we lack jurisdiction to review it at this time. *See* 28 U.S.C. § 1291 (courts of appeals have jurisdiction over appeals from final decisions of district courts); *Bullock v. Baptist Mem'l Hosp.*, 817 F.2d 58, 59 (8th Cir. 1987) (order dismissing complaint as to fewer than all defendants is not final order within meaning of § 1291).

We deny as moot his pending motion.

Accordingly, we dismiss the appeal as premature.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.